UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUINOR NATURAL GAS LLC,

        Plaintiff,

-v-

EAST COAST POWER AND GAS, LLC,

        Defendant.

CIVIL ACTION NO.: 20 Civ. 4038 (ALC) (SLC)

**TELEPHONE CONFERENCE**
**SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Because Defendant has advised the Court of its inability to meaningfully participate in the upcoming settlement conference, the settlement conference currently scheduled for Monday, December 7, 2020 at 2:00 pm is converted to a telephonic status conference.

The parties are directed to call the Court's conference line at 866-390-1828; access code: 380-9799, at the scheduled time to discuss how to move the case forward.

Dated:    New York, New York
            December 1, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**