UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUINOR NATURAL GAS LLC,

                         Plaintiff,

-v-                                          CIVIL ACTION NO.: 20 Civ. 4038 (ALC) (SLC)

                                                **TELEPHONE CONFERENCE**
EAST COAST POWER AND GAS, LLC,          <u>**SCHEDULING ORDER**</u>

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

     A Telephone Conference is scheduled for **Thursday, February 18, 2021 at 11:00 am** on the Court's conference line to discuss the parties' discovery disputes. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:      New York, New York
              February 10, 2021

                                                           SO ORDERED

                                                           _____
                                                           SARAH L. CAVE
                                                           United States Magistrate Judge