UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EQUINOR NATURAL GAS LLC,

                    Plaintiff,

-v-

EAST COAST POWER AND GAS, LLC,

                    Defendant.

CIVIL ACTION NO.: 20 Civ. 4038 (ALC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant the conference held today, February 17, 2021, the Court orders as follows:

1. The deadline to complete depositions is extended to **March 15, 2021**.

2. By **February 24, 2021**, Defendant must provide to Plaintiff the name or names of its designated Rule 30(b)(6) witnesses and indicate their availability to sit for a deposition. If a witness is not available before March 15, 2021, the parties should notify the Court by letter on the docket.

3. By **February 24, 2021**, Defendant must provide to Plaintiff documents evidencing its financial condition, including the UCC filing, balance sheet and/or copy of Defendants' financial condition report to its senior letter, as discussed during the conference.

4. Defendants are not required to amend their responses to Plaintiff's interrogatories.

Dated:      New York, New York           SO ORDERED
              February 17, 2021

_____
SARAH L. CAVE
United States Magistrate Judge