USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/23/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUINOR NATURAL GAS LLC, f/k/a STATOIL NATURAL GAS LLC, <br><br> Plaintiff, <br><br> -against- <br><br> EAST COAST POWER AND GAS, LLC, <br><br> Defendant. | Case No: 20-cv-4038 (SLC) |

## [PROPOSED] CONSENT JUDGMENT

WHEREAS, on May 26, 2020, Plaintiff filed a single-count complaint in this Action seeking damages in the amount of $739,539.50 plus interest for breach of contract after Defendant failed to pay Plaintiff for natural gas Plaintiff delivered to Defendant in February and March 2020; and

WHEREAS, the Parties wish to resolve this matter without the further cost or uncertainty of litigation and, in order to do so, Defendant consents to the entry of judgment against it in this Action;

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, **THAT**:

1. This Court has jurisdiction over the subject matter of this action and personal jurisdiction over the Parties.

2. This Consent Judgment is hereby entered in favor of Plaintiff and against Defendant.

3. Defendant is obligated to pay to Plaintiff $776,232.42, which reflects the $739,539.50 owed to Plaintiff for the natural gas it delivered to Defendant, plus $36,692.92 worth of interest.

    4.      This Consent Judgment shall be enforceable upon entry. The Parties hereby waive findings of fact, conclusions of law, a statement of decision and any right to set aside this Consent Judgment, appeal therefrom, seek a new trial, or otherwise contest the validity of this Consent Judgment.

    5.      This Court shall retain jurisdiction to enforce this Consent Judgment.

**IT IS SO ORDERED.**

**SIGNED** and **ENTERED** this __23__ day of _____March_____ 2021.

_____
ANDREW L. CARTER, U.S.D.J.

SEEN AND AGREED:

| | |
|---|---|
| Dated: March 19, 2021 | Dated: March 19, 2021 |
| **REED SMITH LLP** | **LAW OFFICE OF HOWARD E. GREENBERG, ESQ., P.C.** |
| By: */s/ Blake M. Simon* <br> Blake M. Simon <br> 599 Lexington Avenue <br> New York, New York 10022 <br> Tel: (212) 521-5400 <br> Fax: (212) 521-5450 <br> bsimon@reedsmith.com <br><br> By: */s/ Nicholas R. Rodriguez* <br> Wayne C. Stansfield (*admitted pro hac vice*) <br> Nicholas R. Rodriguez (*admitted pro hac vice*) <br> 1717 Arch Street, Suite 3100 <br> Philadelphia, PA 19103 <br> Tel.: (215-851-8100 <br> Fax: (215) 851-1420 <br> wstansfield@reedsmith.com <br> nrodriguez@reedsmith.com | By: */s/ Craig Blanchard* <br> Howard E. Greenberg <br> Craig Blanchard <br> 180 East Main Street, Suite 308 <br> Smithtown, New York 11787 <br> Tel. (631) 982-0080 <br> Fax (631) 982-0087 <br> hgreenberg@hgreenberglaw.net <br> craig@hgreenberglaw.net |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

2